FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 08, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| LUANN KELLY HAYFORD, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>WALMART, INC., a foreign corporation; and FERNANDA JONES, an individual,<br><br>　　　　　　　Defendants. | No. 1:23-CV-03150-MKD<br><br>ORDER OF DISMISSAL<br><br>**ECF No. 16** |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 16. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and LCivR 41(a)(1)(B), a plaintiff may dismiss an action without court order by filing a Stipulated Motion to Dismiss signed by all parties who have appeared.  The parties stipulate and agree to the dismissal of Plaintiff's claims, with prejudice and without an award of fees or costs.  The stipulation is signed by counsel for all parties.

ORDER - 1

Accordingly, **IT IS HEREBY ORDERED:**

1. The parties' Stipulation of Dismissal, **ECF No. 16**, is **GRANTED**.

2. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the parties' stipulation, this case is **DISMISSED with prejudice** and without an award of fees or costs.

3. All pending deadlines and hearings are **STRICKEN**.

4. All pending motions and reports and recommendations, including **ECF Nos. 8, 12, and 15,** are **DENIED as moot**.

**IT IS SO ORDERED.** The District Court Executive is directed to enter this Order, provide copies to the parties, and **CLOSE** this case.

DATED January 8, 2024.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER - 2